Swain, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually And On Behalf Of All Others Similarly Situated, Plaintiff, vs. MORGAN STANLEY, MORGAN STANLEY & CO., INCORPORATED, MORGAN STANLEY CAPITAL I INC., MORGAN STANLEY MORTGAGE CAPITAL INC., ANTHONY B. TUFARIELLO, WILLIAM J. FORSELL, and STEVEN S. STERN, Defendants. | Case No. 10-cv-5823 (LTS) (MHD) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 21 SEP 2010

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among counsel for the plaintiff and counsel for defendants as follows:

1. Plaintiff hereby dismisses the above-captioned action without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs.

2. In the event that Plaintiffs shall elect to refile this same complaint in a new action in this Court, the current parties to this action shall retain all rights and positions that they could validly assert with regard to the timeliness of the action based on its filing on August 2, 2010.

Dated: New York, New York
September 17, 2010

Respectfully Submitted,

BARRACK, RODOS & BACINE

By: ______________________
William J. Ban (WB-0382)
1350 Broadway, Suite 1001
New York, NY 10018
Telephone: 215-688-0782
Fax: 215-688-0783

*Counsel for Plaintiff*

KOHN, SWIFT & GRAF, PC

By: Denis F. Sheils / with permission
Denis F. Sheils (DS-8374)
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: 215-238-1700
Fax: 215-963-1968

*Counsel for Plaintiff*

WACHTELL, LIPTON, ROSEN & KATZ

By: ______________________
Jonathan M. Moses (JM-9049)
Kevin S. Schwartz (KS-3004)
51 West 52nd Street
New York, NY 10019
Telephone: 212-403-1388
Fax: 212-403-2388

*Counsel for Defendants*

SO ORDERED:
This 21 day of September, 2010.

______________________
U.S.D.J.